BRENDA CRUZ KEITH, State Bar No. 108425
Lawyer
1965 Market Street, 2nd Floor
San Francisco, California 94103
Tel: (415) 626-6494
Fax: (415) 626-9835

Attorney for Movant,
Benjamin Rojas

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CHAPTER 7 PROCEEDINGS |
| ARMANDO CASTRO SALGADO AND DORA BELTRAN SALGADO, | Case No. 12-32980 |
| Debtors, | *Assigned for all purposes to:* *Hon. Hannah L. Blumenstiel* |
| BENJAMIN ROJAS, | MOTION FOR ORDER OF ABANDONMENT OR IN THE ALTERNATIVE FOR AN ORDER AUTHORIZING SALE OF REAL PROPERTY |
| Movant, | Hearing date: January 16, 2014 |
| v. | Time: 10:00 a.m. |
| | Courtroom: 23 |
| ARMANDO CASTRO SALGADO AND DORA BELTRAN SALGADO, AND THE UNITED STATES TRUSTEE, | |
| Respondents. | |

BEN ROJAS, (hereafter "Movant") is the prospective purchaser of the real estate property located at 347 Precita Ave., San Francisco, CA 94110, San Francisco, California (hereafter "Property")

Movant and Debtors are in escrow for the short sale of the Property.

Motion for Order of Abandonment or in the Alternative for an Order Authorizing Sale of Real Property

# MEMORANDUM OF POINTS AND AUTHORITIES

Any interested party may seek to compel the trustee (or DIP) to abandon estate property by motion showing that the property is burdensome or of inconsequential value and benefit to the estate. 11 USC § 554 (b); FRBP 6007(b); *In re Carter Paper Co., Inc*. (BC MD LA 1998) 220 BR 276, 301; *In re Hyman* (9th Cir. BAP 1991) 123 BR 342, 347.

The bankruptcy court may authorize or order the trustee or debtor in possession to abandon back to the debtor (or to a party with a possessory interest in the property) any property of the estate that is burdensome to the estate or of inconsequential value and benefit to the estate. 11 USC § 554.

A creditor may file a motion for a court order requiring the trustee or debtor to abandon property pursuant to § 554; FRBP 6007(b). If no one objects and requests a hearing after proper notice is given to all interested parties, the § 554 "after notice and a hearing" requirement is deemed satisfied. 11 USC §§ 102(1), 554(a); FRBP 6007(a); *Matter of Killebrew* (5th Cir. 1989) 888 F2d 1516, 1522, fn. 16—abandonment may occur without judicial involvement if notice requirement met; *Sierra Switchboard Co. v. Westinghouse Elec. Corp.* (9th Cir. 1986) 789 F2d 705, 709.

The subject Property is underwater. Movant and Debtors have agreed to the Short Sale which was approved by Debtors' bank.

Movant hereby requests that the Court orders the subject Property abandoned, so that Movant and Debtors can complete the short sale transaction.

Alternatively 11 USC § 363 authorizes sale of the property during the course of the bankruptcy. Specifically 11 USC§363 (b) (1) states: "The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate, except that if the debtor in connection with offering a product or a service discloses to an individual a policy prohibiting the transfer of personally identifiable information about individuals to persons that are not affiliated with the debtor and if such policy is in effect on the date of the commencement of the case, then the trustee may not sell or lease personally identifiable information to any person unless— (A) such sale or such lease is consistent with such policy; or (B) after appointment of a consumer privacy ombudsman in accordance with section 332, and after notice and a hearing, the court approves such sale or such lease— (i) giving due consideration to the facts, circumstances, and conditions of such sale or such lease; and

(ii) finding that no showing was made that such sale or such lease would violate applicable nonbankruptcy law.

Movant hereby requests that the Court alternatively authorizes sale of the property, so that Movant and Debtors can complete the short sale transaction

WHEREFORE, Movant prays that this Court enter its order that:

I. The subject Property located at 347 Precita Ave., San Francisco, CA 94110, San Francisco, California is deemed abandoned;

II. Alternatively that the subject Property located at 347 Precita Ave., San Francisco, CA 94110, San Francisco, California can be sold at the short sale;

III. Movant shall be granted such other relief as this Court deems just and proper.


Dated: January 2, 2014        /s/ Brenda Cruz Keith
                              BRENDA CRUZ KEITH,
                              Attorney for Movant
                              Benjamin Rojas