BRENDA CRUZ KEITH, State Bar No. 108425
Lawyer
1965 Market Street, 2nd Floor
San Francisco, California 94103
Tel: (415) 626-6494
Fax: (415) 626-9835

Attorney for Movant,
Benjamin Rojas

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | CHAPTER 7 PROCEEDINGS |
| ARMANDO CASTRO SALGADO AND DORA BELTRAN SALGADO, | Case No. 12-32980 |
| Debtors, | *Assigned for all purposes to:* <br> *Hon. Hannah L. Blumenstiel* |
| BENJAMIN ROJAS, | NOTICE OF MOTION FOR ORDER OF ABANDONMENT PURSUANT TO OR IN THE ALTERNATIVE FOR AN ORDER AUTHORIZING SALE OF REAL PROPERTY UNDER 11 USC § 554 OR 11 USC § 363 |
| Movant, | |
| v. | Hearing date: January 16, 2014 <br> Time: 10:00 a.m. <br> Courtroom: 23 |
| ARMANDO CASTRO SALGADO AND DORA BELTRAN SALGADO, AND THE UNITED STATES TRUSTEE, | |
| Respondents. | |

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 16, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 23 of the above-referenced Court, located at 235 Pine Street, San Francisco, CA 94104, Movant, BEN ROJAS, will and hereby moves this Court, for an order granting an order of abandonment or in the alternative for an order authorizing the sale of the real property located at at 347 Precita Avenue, San Francisco, CA 94110, San Francisco, California.

This motion is based upon all of the documents, records, and evidence on file in the instant case, together with the Notice of Motion, the Motion, Request for Judicial Notice and the Declaration of Movant filed and served concurrently herewith, and such additional documents, records, evidence and argument of counsel as may be presented.

Dated: January 2, 2014

/s/ Brenda Cruz Keith
BRENDA CRUZ KEITH,
Attorney for Movant
BENJAMIN ROJAS